**Order filed May 15, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00064-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**LISA ANN PETERSEN, Appellee**

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CR142727**

**O R D E R**

The State of Texas has filed in this court a motion to abate this appeal. The State requests that we abate the appeal and direct the trial court to prepare and enter findings of fact and conclusions of law. The motion is granted, and the appeal is abated.

The record shows that Lisa Ann Petersen filed a motion to suppress any statements she made at the time of her arrest and detention. Petersen asserted that

she had not been given her *Miranda*[1] warnings. The trial court held a hearing and granted the motion to suppress, but it did not enter findings of fact and conclusions of law even though the State timely requested them. The Court of Criminal Appeals has held that, when a trial court fails to enter findings of fact and conclusions of law upon a proper request by the losing party, a court of appeals should require the trial court to enter findings and conclusions so that the court of appeals does not have to guess the trial court's rationale for its ruling. *State v. Cullen*, 195 S.W.3d 696, 699–700 (Tex. Crim. App. 2006).

Accordingly, we grant the State's motion and abate the appeal. The trial court is directed to enter written findings of fact and conclusions of law regarding Petersen's motion to suppress, and the trial court clerk is instructed to file in this court a supplemental clerk's record containing such findings and conclusions on or before June 5, 2014.

This appeal is abated; it will be reinstated upon the filing of the supplemental clerk's record.

PER CURIAM

May 15, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1] *Miranda v. Arizona*, 384 U.S. 436 (1966).